IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DYSON ONNIE McCRAY,

    Movant

v.

UNITED STATES OF AMERICA,

    Respondent

CRIMINAL ACTION FILE NO.
1:11-CR-455-2-ODE-JSA

CIVIL ACTION FILE NO.
1:16-CV-287-ODE-JSA

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed September 20, 2016 ("R&R") [Doc. 232]. No objections have been filed.

In the R&R, Judge Anand recommends that Movant's § 2255 motion be denied and that a certificate of appealability ("COA") be denied also. After a thorough analysis, Judge Anand found: Movant's amended claims and first reply claim are untimely, his sentence claim is not encompassed within the Johnson[1] decision and thus also is untimely, his first ground for relief is procedurally defaulted, and the remainder of his claims are without merit. He also found that reasonable jurists would not find his determinations "debatable or wrong" and accordingly a COA should be denied.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's § 2255 motion [Doc. 217] is DENIED and a COA is also DENIED.

---

[1] Johnson v. United States, ___ U.S. ___, 135 S. Ct. 2551 (June 26, 2015).

SO ORDERED, this 21 day of November, 2016.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE